6a 295
11  636
32*1067
40* 138

[No. 623.  Decided March 1, 1893.]

JOHN A. SILSBY et al., Appellants, v. TACOMA, OLYMPIA & GRAY'S HARBOR RAILROAD COMPANY, Respondent.

*Appeal from Superior Court, Thurston County.*

*Allen, Ayer & Franklin,* for appellants.

*Mitchell, Ashton & Chapman,* for respondent.

ANDERS, J.—The questions presented in the record in this case are identical with those in the case of *Hatch v. Tacoma, Olympia & Gray's Harbor Railroad Company, ante,* p. 1, and, by stipulation of counsel, both causes were heard together, one brief only being filed.

For the reasons stated in the opinion in that case, the judgment of the court below is reversed and the cause remanded, with directions to sustain the demurrer to defendant's special answer.

DUNBAR, C. J., and SCOTT and STILES, JJ., concur.

HOYT, J., dissents.